## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNETRA WILLIAMS AND GREGORY SMITH** | * * * * | **CIVIL ACTION NO.:** |
| **VERSUS** | * * * | **JUDGE:** |
| **JOHN E. KING, JAMES BOONE TRUCKING INCORPORATED and GREAT WEST CASUALTY COMPANY** | * * * | **MAGISTRATE:** |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO: **Honorable William W. Blevins**
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana  70130

Plaintiffs, **Unetra Williams and Gregory Smith**
Through their attorney of record:
**Edwin M. Shorty, Jr., Esq.**
**Nathan M. Chiantella, Esq.**
Edwin M. Shorty, Jr. & Associates
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Telephone: (504) 207-1370

Pursuant to the provisions of 28 U.S.C. § 1446, you are hereby notified the attached Complaint for Removal of the above titled and numbered civil action has been filed in the United States District Court for the Eastern District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, effecting the removal of these proceedings.

Respectfully submitted:

**WAGAR RICHARD KUTCHER TYGIER & LUMINAIS, LLP**

**BY:**   *s/ Bradley J. Luminais, Jr.*
         **BRADLEY J. LUMINAIS, JR. (#28663)**
         **HEATHER W. BLACKBURN (# 26749)**
         Two Lakeway Center
         3850 N. Causeway Boulevard, Suite 900
         Metairie, Louisiana 70002
         Telephone (504) 830-3838
         Facsimile (504) 836-9540
         *Attorneys for Defendant, Great West Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that I have sent the foregoing document via electronic mail, facsimile, and/or mailed by first-class mail (postage prepaid) to all known non-CM/ECF participants.

   *s/ Bradley J. Luminais, Jr.*
   **BRADLEY J. LUMINAIS, JR.**